IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>    *Plaintiff*<br><br>-vs-<br><br>UNIVERSITY OF TEXAS AT SAN ANTONIO,<br>    *Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-22-CV-01359-XR |

## ORDER

Though Plaintiff Chih-Kai Liao has failed to explicitly respond to the Court's Order to Show Cause (ECF No. 22) regarding his failure to name himself by the appropriate deadline, the Court recognizes that Plaintiff attached a new Third Amended Complaint naming Plaintiff Chih-Kai Lao in the caption as an Exhibit to his Response to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 25-4). Given that the Third Amended Complaint (ECF No. 20) and the Exhibit (ECF No. 25-4) only differ in so far as the Plaintiff naming himself, the Court will permit Plaintiff to replace his current Third Amended Complaint with the Exhibit to Plaintiff's Response to Defendant's Motion to Dismiss.

The Clerk is thus **DIRECTED** to substitute the Exhibit (ECF 25-4) in place of Plaintiff's current Third Amended Complaint (ECF No. 20). This Order will not moot Defendant's currently pending Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 21).

It is so **ORDERED**.

**SIGNED** this 14th day of September, 2023.

                                          XAVIER RODRIGUEZ
                                        UNITED STATES DISTRICT JUDGE