UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHIH-KAI LIAO, § | |
| Plaintiff § | |
| § | |
| V. § | No. 5:22-cv-01359 |
| § | |
| § | |
| University of Texas at San Antonio § | |
| Defendant § | *Jury Trial Requested* |

## PLAINTIFF COUNSEL'S UNOPPOSED MOTION TO WITHDRAW FOR CAUSE

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Plaintiff Counsel Marc Anson Bozeman files this motion to withdraw from this action. Good cause exists for this withdrawal. Plaintiff counsel desires to withdraw so long as Plaintiff's deadline to file the fourth amended complaint is extended by 14 days. Currently, the deadline to file the amendment is November 2, 2023. The new proposed deadline, agreed to by both parties if the Court approves of my withdrawal, is November 16, 2023. That will provide Plaintiff with more time to find an attorney to amend his complaint for the fourth time.

Opposing counsel is unopposed. Plaintiff is opposed. Plaintiff counsel has supplied Plaintiff's email address as Plaintiff has been traveling and Plaintiff counsel does not have a residential address for Plaintiff. Plaintiff's email address is chihkailiao0312@gmail.com. A copy of this motion to withdraw has been sent to that email address.

Respectfully submitted,

The Bozeman Law Firm

/s/ Marc Anson Bozeman
Attorney-In-Charge
Texas State Bar No. 24057044
Federal Bar No. 1533462
5499 Braesvalley Dr., No. 462
Houston, Texas 77096
Telephone: (832) 741-7950
mb@bozemanlitigation.com

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF CONFERENCE

I certify that counsel for Defendant and Plaintiff have discussed the contents of Plaintiff's Motion to Withdraw on October 27, 2023, and Defendant represented that it was unopposed.

/s/ Marc Anson Bozeman
Marc Anson Bozeman

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was sent to counsel named below by way of electronic mail on the 30th day of October, 2023, addressed as follows:

    **Via electronic mail**

    **Kirstin M. Erickson**
    kirstin.erickson@oag.texas.gov

/s/ Marc Anson Bozeman
Marc Anson Bozeman