IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHIH-KAI LIAO,<br>      *Plaintiff*<br><br>-vs-<br><br>UNIVERSITY OF TEXAS AT SAN ANTONIO,<br>      *Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-22-CV-01359-XR |

### ORDER

On this date, the Court considered the status of this case.

On August 20, 2024, Magistrate Judge Farrer issued a Report and Recommendation (R&R) on Defendant's Motion to Dismiss, directing the parties to file any objections within 14 days of being served with the R&R. (ECF No. 46.) Because Plaintiff Chic-Kai Liao is proceeding *pro se*, The District Clerk served the R&R by certified mail, return receipt requested. (ECF No. 47.) On September 4, 2024, the Court was notified that the District Clerk received the R&R from the U.S. Postal Service returned as undeliverable "RETURN TO SENDER – NOT AT THIS ADDRESS."

Thus, it appears that, to date, Liao has not been served with the R&R because he has failed to keep the Court appraised of his current address as required by the local rules. *See* W.D. TEX. L.R. CV-10(d) ("An unrepresented party ... must promptly file a notice of any change in the party's ... mailing address.").

Accordingly, on September 9, 2024, the Court emailed a copy of the R&R and this Order to Plaintiff at his personal email address, chihkailiao0312@gmail.com.[1]

---

[1] The Court used the email address Plaintiff provided on his last submission (ECF No. 42, at 12), which is the same as the email provided by Plaintiff's prior counsel (ECF No. 33).

It is **ORDERED** that Plaintiff must update his physical mailing address with the Court by **no later than October 9, 2024. Failure provide an updated address by that date may result in the dismissal of this case.** "This authority flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *See Boudwin v. Graystone Ins. Co.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash R. Co.*, 370 U.S. 626 (1962)).

It is **FURTHER ORDERED** that Plaintiff's deadline to file and serve objections to the R&R is **hereby extended to October 9, 2024**. Pro se litigant who are unable file documents electronically through CM/ECF are encouraged to submit PDFs to the San Antonio Division's Electronic Dropbox for filing on the Court's docket (https://www.txwd.uscourts.gov/filing-without-an-attorney/electronic-filing-for-pro-se/).

It is so **ORDERED**.

**SIGNED** this September 9, 2024.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE